UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

AUGUST CHERMIOND,

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 413    (CS  ) ( )

Defendant ___August Cherimond_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


_/s/ August Cherimond (by CS)_            _____
Defendant's Signature                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

AUGUST CHERMIOND_____      _JASON SER_____
Print Defendant's Name                            Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

   9/14/20
_____                         _Cathy Seibel_____ XXXX
Date                                                         eJudge

                                                      U.S.D.J.