UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

AUGUST CHERMIOND,

                                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 413     (CS)

Defendant ___August Cherimond_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

/s/ August Cherimond
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

AUGUST CHERMIOND
Print Defendant's Name

_____
Defendant's Counsel's Signature

JASON SER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/4/20
Date

Cathy Seibel
U.S. District Judge/~~U.S. Magistrate Judge~~