UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,                   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                -against-                                           20 -CR- 413   (CS)

    AUGUST CHERMIOND,

                                    Defendant(s).
-------------------------------------------------------------------X

Defendant ___August Cherimond_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer


/s/ August Cherimond                                        [signature]
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

AUGUST CHERMIOND                          JASON SER
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

January 20, 2021                                            Cathy Seibel
Date                                                          U.S. District Judge/~~U.S. Magistrate Judge~~