UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America,

        -against-

August Cherimond,

                            Defendant(s).
----------------------------------------------------------------X

Notice of Adjournment
of Sentencing

7:20-CR-00413 (CS)

The Sentencing previously scheduled before this Court for **April 22, 2021 at 11:00 a.m.** is adjourned to **May 11, 2021 at 11:00 a.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                                                /s/ Walter Clark, Courtroom Deputy

Dated: April 15, 2021
       White Plains, New York