UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Supplemental Protective Order** |
| v. | **20 Cr. 413 (CS)** |
| August Cherimond, | |
| *Defendant.* | |

Upon the application of the United States of America, with the consent of the undersigned counsel, the Court hereby finds and orders as follows:

1.  On September 14, 2020, the Court entered a protective order governing "Disclosure Material," as that term is defined in the original protective order. (Dkt. 24). The parties now seek to enter this supplemental protective order governing Attorney's Possession Only ("APO") material, as set forth below.

### Categories

2.  **APO Material.** Certain materials in this case—namely, medical records—raise a particular risk of affecting the privacy or safety of a victim. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Possession Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Possession Only" or "APO" shall be deemed "APO Material."

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

### Disclosure and Treatment

3.  APO Material received by defense counsel shall be maintained in a safe and secure manner by defense counsel and any personnel for whose conduct defense counsel is responsible;

2023.11.26

shall not be possessed by the defendant, except in the presence of the defendant's counsel and any

personnel for whose conduct defense counsel is responsible; and shall not be disclosed in any form

by the defendant, his counsel, or any personnel for whose conduct defense counsel is responsible

except as set forth herein.

### Other Provisions

4.   This Order does not prevent the disclosure of any Disclosure Material in any hearing

or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All

filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above

provisions.

5.   The Government's designation of material will be controlling absent contrary order of

the Court. The parties shall meet and confer regarding any dispute over such designations, after

which the defense may seek de-designation by the Court. The Government may authorize, in

writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without

further Order of this Court.

6.   The defense shall provide a copy of this Order to prospective witnesses and persons

retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall

be subject to the terms of this Order. Defense counsel shall maintain a record of what information

has been disclosed to which such persons.

7.   Except for Disclosure Material that has been made part of the record of this case, the

defense shall return to the Government or securely destroy or delete all Disclosure Material,

including any ESI, within 30 days of the expiration of the conclusion of the supervised release

violation proceedings in this matter and any direct appeal therefrom, subject to defense counsel's

obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is

2023.11.26

provided to any personnel for whose conduct defense counsel is responsible or prospective

witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such

materials.

**Retention of Jurisdiction**

8. The provisions of this order shall not terminate at the conclusion of this criminal

prosecution and the Court will retain jurisdiction to enforce this Order following termination of

the case.


AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney


by: _____          Date: ___10/15/2025___
Benjamin A. Gianforti
Assistant United States Attorney


_____          Date: ___10/15/2025___
Elizabeth Quinn
Counsel for August Cherimond



SO ORDERED:

White Plains, New York
Dated: New York, New York
October 15, 2025


_____
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE


3

2023.11.26